AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America
v.
Trishon Collins

Case No:  4:17CR00262-2
USM No:  22338-021

Date of Original Judgment:  June 28, 2018
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Walter John Toner
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____130 months_____ **is reduced to** _____120 months *_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

* This term is comprised of 120 months as to each of Counts 4 and 5, to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated _____June 28, 2018_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  Feb. 6, 2024

*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*

Effective Date: _____
*(if different from order date)*